AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Oklahoma

| | |
|---|---|
| In the Matter of the Search of<br>*a Sealed UPS GROUND parcel package, identified by*<br>*tracking number 1Z02224R0376536695, from Zip Code*<br>*90222-3861, weighing approximately 14 pounds (herein*<br>*referred to as "Subject Parcel")* | )<br>)<br>) Case No. 25-MJ-669-MTS<br>)<br>) **FILED UNDER SEAL**<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Northern__ District of __Oklahoma__
*(identify the person or describe the property to be searched and give its location)*:
See Attachment "A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment "B"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before __8-21-2025__
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.
The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge __Mark T. Steele__.
*(name)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box):
☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __8-7-2025 1:03 p.m.__   _____
*Judge's signature*

City and state: __Tulsa, Oklahoma__   __Mark T. Steele, U.S. Magistrate Judge__
*Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | |
|---|---|
| Case No.: SW25-MJ-669MTS  Date and time warrant executed: 08/07/25 | Copy of warrant and inventory left with: Box |
| Inventory made in the presence of: DEA | |
| Inventory of the property taken and name of any person(s) seized: | |

NO EVIDENCE RECOVERED

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/11/25

_____TFO - M. Helton_____
Executing officer's signature

_____TFO. M. Helton_____
Printed name and title

## ATTACHMENT "A"

Sealed UPS GROUND parcel package, identified by tracking number **1Z02224R0376536695** (herein referred to as "Subject Parcel"), from Zip Code 90222-3861, weighing approximately 14 pounds. The parcel's return address is The UPS Store # 7390, Unit 1, 1115 N. Wilmington Ave Compton, CA 90222-3661 and is addressed to Tyler Marshall at 12535 S. 71st East Avenue, Bixby, OK 74008-2363.

## ATTACHMENT "B"

Any controlled substances and evidence constituting ownership and intent to possess controlled substances and possess controlled substances with intent to distribute under Title 21, United States Code, Section 841.